# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                                1:12cv147

David W. Rogers,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/12 Order.

                                                    Signed: July 3, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court